Motion Granted.

So Ordered.

s/James G. Carr
Sr. U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:15 CR 024 |
| Plaintiff, | JUDGE CARR |
| -vs- | **MOTION FOR LEAVE TO FILE UNDER SEAL** |
| **AROLDO CASTILLO-SERRANO,** | David Klucas (0041188) 1900 Monroe Street Toledo, Ohio 43624 |
| Defendant. | PH:(419) 255-1102 FX:(419) 255-1415 Attorney for Defendant Aroldo Castillo-Serrano |

Pursuant to Local Criminal Rule 49.4, Defendant Aroldo Castillo-Serrano, through counsel, respectfully requests an Order from this Court permitting him to file his sentencing memorandum under seal. The sentencing memorandum references mitigation matters and other elements of the sentencing matrix that Mr. Castillo-Serrano does not want part of the public record.

Respectfully Submitted,

/s/ David Klucas
David Klucas
Attorney for Defendant Aroldo Castillo-Serrano

## **Certification**

    This shall certify that a copy of the foregoing was sent to all counsel of record, via the Court's Electronic Notification System on 31 March 2016.

                                                            /s/ David Klucas