IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:15CR24 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| AROLDO RIGOBERTO CASTILLO-SERRANO, aka BRUNO LOPEZ-ZALAS, CONRADO SALGADO SOTO, ANA ANGELICA PEDRO JUANA, aka ERICA MAISONET, and PABLO DURAN, JR., | ) ) ) ) ) ) | NOTICE OF RETURN OF PROPERTY TO VICTIMS |
| Defendants. | ) | |

Now comes the United States of America, by and through its counsel, Carole S. Rendon, Acting United States Attorney, and Chelsea S. Rice, Assistant United States Attorney, and Dana Mulhauser, Trial Attorney, Department of Justice Civil Rights Division, and respectfully submits this Notice to the Court of Return of Property to the Victims.

On April 11, 2016, at a sentencing hearing in this case, this Court requested that the United States make its best efforts to locate and return the property that was taken during the

execution of the search warrants in this case and belongs to Victim 7[1]. The undersigned submits that the United States has verified that there was property seized from Victim 7 as part of the initial investigation in this case and, because this property is no longer necessary to the investigation, it may now be returned to Victim 7. The undersigned has contacted Victim 7's attorney informing him of this information, as well as how to Victim 7 can obtain the property from the Federal Bureau of Investigation.

The undersigned has also done a follow up review of all property seized as part of the searches in this case and identified non-financial personal property that potentially belongs to Victims 2, 3, 4, and 5. This property is no longer necessary to the investigation and may now be returned. The undersigned has contacted the legal representatives for these Victims regarding this property and instructed them how to proceed if the Victims would like to have it returned to them.

Respectfully submitted,

CAROLE S. RENDON
Acting United States Attorney

By: /s/ Chelsea S. Rice
Chelsea S. Rice (OH: 0076905)
Assistant United States Attorney
Dana Mulhauser (NY)
Trial Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3752
(216) 522-7358 (facsimile)
Chelsea.Rice@usdoj.gov
Dana.Mulhauser.usdoj.gov

---

[1] For security purposes, all Victims are referred to solely by their number in the Superseding Indictment.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2016 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Chelsea S. Rice
Chelsea S. Rice
Assistant U.S. Attorney