UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA )
)
) CASE NO. 3:15CR00024-001
VS. )
)
AROLDO RIGOBERTO CASTILLO- )
SERRANO
    (PRO-SE)
)

RESPONSE TO DEMAND FOR PAYMENT
REQUEST FOR MODIFICATION

    The petitioner is a pro se litigant. As such, his submission must be held to "Less Stringent Standard's than Formal Pleading's Drafted by Lawyer's", See..Ferran V. Town of Nassau, 11 F.3d 21, 22 (2d Cir. 1993).

STATEMENT

    The petitioner is currently serving a sentence in the custody of the Federal Bureau Of Prisons (FBOP). This sentence consist's of One Hundred and Eighty Eight Months (188) of incarceration to be followed by Three Years (3) of supervised release. The petitioner is currently designated to the Beckley Federal Correctional Institution located in Beaver, West Virginia. At the time of his sentencing, and as stated in the judgment, the petitioner was ordered to pay a felony assessment amount of Five Thousand Four Hundred Dollars ($5,400.00), as well as restitution in the amount of Sixty Seven Thousand Two Hundred Thirty Two Dollars ($67,232.00). On March 15th of 2018, the petitioner received a notice from the United States Department of Justice demanding payment.

As noted, the petitioner is serving a lengthy sentence in the custody of the FBOP, and at this time has no ability to make the required payments that are in demand to the court. Although the court has ordered restitution and an assessment in this case, the court has also waived the interest, See..Page Five of the petitioner's court judgment. At this time, the petitioner would ask the court to specifically apply this montary condition that is stated in the judgment and to also make notice to the FBOP that this is a condition that has been ordered by the court at the time of his sentencing. The petitioner would also make the request to modify the judgment to specify that the defendant in this case deemed as has no ability to pay the assessment fee while in custody and that he be ordered to pay this set amount upon his release from custody.

## CERTIFICATE OF SERVICE

The petitioner hereby certifies that he has sent a true attest copy of this document to the following parties. This document was sent VIA United States Postal Service from the Beckley Federal Correctional Institution VIA the Inmate Legal Mailing System. This document was mailed on this date of: 3-16-, 2018.

United States Attorney
Northern District of Ohio
United States Courthouse
801 West Superior Ave., Suite 400
Clevland, Ohio 44113-1852

*Aroldo R Castillo. S.*

Aroldo Rigoberto Castillo-Serrano

Beckley Federal Corr. Institution
Post Office Box 350
Beaver, West Virginia 25813

cc/file